Order affirmed, with ten dollars costs and disbursements. No opinion. Thomas, Stapleton, Rich, Putnam and Blackmar, JJ., concurred.

PHILIP H. SIEGEL, Appellant, v. LILLIAN SIEGEL, Respondent.— Order affirmed, without costs. No opinion. Jenks, P. J., Stapleton, Mills, Rich and Blackmar, JJ., concurred.

TRIANGLE HOLDING COMPANY, INC., Respondent, v. BENJAMIN A. JACKSON and JACOB W. JACKSON, Copartners, etc., Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Thomas, Stapleton, Rich and Blackmar, JJ., concurred.

ALEXANDER ULLMAN, Appellant, v. ALEXANDER KANTER, Respondent. — Judgment reversed and new trial granted, costs to abide the event, because we think that the evidence was sufficient to make out a *prima facie* case to the effect that the representation made by the defendant to the plaintiff, to induce the settlement made between them, which representation was to the effect that the refinery had refused to execute defendant's orders unless he paid for the sugar in advance, was false to the knowledge of the defendant, and because we think that the plaintiff's evidence as to the other essential elements to make out his cause of action was sufficient to warrant submission to the jury. Jenks, P. J., Thomas, Mills, Rich and Putnam, JJ., concurred.

*Decisions by the Presiding Justice on applications to appeal from the Appellate Term.*

JAMES H. BEALS, Respondent, v. J. L. E. SCHUELER, Appellant. — Application denied, with ten dollars costs.

DRAKE BROTHERS COMPANY, Respondent, v. P. HOWARD REID, Appellant.—Application denied, with ten dollars costs.

LAWYERS TITLE AND TRUST COMPANY, Appellant, v. ISAAC ELLMAN, Respondent.— Application denied, with ten dollars costs.

EDWARD H. SCALLY, Respondent, v. BECHARA TRAD, Appellant, Impleaded, etc.—Application denied, with ten dollars costs.

MORRIS SUSSFELD, Appellant, v. LION PAINT WORKS, INC., and Others, Respondents.— Application denied, with ten dollars costs.

WILLIAMSBURGH POWER COMPANY, Appellant, v. THOMAS SHOTTEN and Another, Respondents.— Application denied, with ten dollars costs.

*Decisions by Mr. Justice Putnam on applications to appeal from the Appellate Term.*

ROSSITER W. RAYMOND, Respondent, v. FRANK L. FERGUSON, Appellant.— Application denied, with ten dollars costs.

JAMES H. BEALS, Respondent, v. J. L. E. SCHUELER, Appellant. — Application denied, with ten dollars costs, and stay vacated.